# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JAY'VON ANTHONY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-cv-247 (MTT) |
| | ) |
| Warden TRACY PAGE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends dismissing petitioner Jay'von Anthony's federal habeas corpus petition pursuant to 28 U.S.C. § 2254 (Doc. 1) because he did not exhaust his state remedies prior to seeking federal habeas relief. Doc. 4. Anthony has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 4) is **ADOPTED** and made the Order of the Court. Accordingly, Anthony's petition (Doc. 1) is **DISMISSED** without prejudice and Anthony is **DENIED** a certificate of appealability.

**SO ORDERED**, this  1st    day of November, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT