IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAY'VON ANTHONY, | * |
| Petitioner, | * |
| v. | Case No. 5:24-cv-00247-MTT-AGH |
| | * |
| WARDEN TRACY PAGE, | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated 11/1/2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of November, 2024.

                                                      David W. Bunt, Clerk

                                                      s/ Raven K. Alston, Deputy Clerk